# UNITED STATES DISTRICT COURT
## for the Southern District of California

| | |
|---|---|
| TERESA G. <br><br> Plaintiff(s) <br><br> v. <br><br> ANDREW SAUL <br><br> Defendant(s) | Case Number <br> 20-cv-01557-JLB <br><br> **ORDER RE REQUEST TO PROCEED** <br> *IN FORMA PAUPERIS* |

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby **GRANTED**.

Dated: Aug 21, 2020

*/s/ Jill L. Burkhardt*
Jill L. Burkhardt
United States Magistrate Judge

---

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

☐ Inadequate showing of indigency
☐ Legally and/or factually patently frivolous
☐ Other:
☐ District Court lacks jurisdiction
☐ Immunity as to

Comments:

Dated:

_____
United States Magistrate Judge

---

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

☐ **GRANTED**
☐ **DENIED** (see comments above).  IT IS FURTHER ORDERED that:
  ☐ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
  ☐ This case is hereby DISMISSED immediately.
  ☐ This case is hereby REMANDED to state court.

Dated:

_____
United States District Judge